Timothy FULLERTON, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,**
Appellee.

Supreme Court of Pennsylvania.

Dec. 3, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.

**Mark Allen KUTNYAK, Appellant,**

v.

Jeffrey A. BEARD, Secretary of Corrections, Thomas Lavan, Superintendent, Mr. Flaherty, Records Supervisor, Richard Holmes, Unit Manager, and Joseph Semon, Counselor, Appellees.

Supreme Court of Pennsylvania.

Dec. 3, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.